```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11                  IN THE UNITED STATES DISTRICT COURT
12               FOR THE EASTERN DISTRICT OF CALIFORNIA
13  JAMES SANFORD,
                                     CIV. S-04-1534-DFL-KJM
14      Plaintiff,

15      v.                           ORDER RE DISPOSITION AFTER
                                     NOTIFICATION OF SETTLEMENT
16  OFFICEMAX INC., dba
    OFFICEMAX #227,
17
        Defendants.
18  _____/
```

19      The court has been advised by Scottlynn J. Hubbard, IV,
20 that this action has been settled.  Therefore, it is not
21 necessary that the action remain upon the court's active
22 calendar.
23      Accordingly, IT IS ORDERED:
24      1.  That counsel file settlement/dismissal documents, in
25 accordance with the provisions of Local Rule 16-160, no later
26 than June 27, 2005, and,

1

2.   That all hearing dates previously set in this matter are vacated.

IT IS SO ORDERED.

Dated: 6/9/2005

_____
DAVID F. LEVI
United States District Judge

2