1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | Case No. CIV.S.04-1534 DFL KJM |
| Plaintiff, | |
| v. | |
| OFFICE MAX, INC. DBA OFFICE MAX #227, et al., | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JAMES SANFORD and defendants, OFFICE MAX, INC. DBA OFFICE MAX #227, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: June 6, 2005          LAW OFFICES OF LYNN HUBBARD, III


 /s/ Lynn Hubbard, Esq.                    /
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: June 17, 2005         FOLEY & LARDNER


 Signature on File                         /
MICHAEL DELEHUNT
Attorney for Defendant OFFICE MAX, INC. DBA OFFICE MAX #227

### **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1534 DFL KJM, is hereby dismissed with prejudice.

Dated: 7/7/2005


_____
DAVID F. LEVI
United States District Judge